# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 30  AM 7: 45

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

VICTOR IKE IWUOHA,

    Petitioner,

v.

MICHAEL CHERTOFF, et al.,

    Respondents.

JUDGMENT IN A CIVIL CASE

CASE NO: 05-2322 Ml/P

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court for consideration, the issues having been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Denying Petition Pursuant to 28 U.S.C. § 2241, Order Certifying Appeal Not Taken in Good Faith, and Notice of Appellate Filing Fee, entered August 30, 2005, this case is DISMISSED.

APPROVED:

_/s/ Jon P. McCalla_
JON P. McCALLA
UNITED STATES DISTRICT COURT

Aug 30, 2005
Date

THOMAS M. GOULD
Clerk of Court

_/s/ Judy Easley_
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-30-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:05-CV-02322 was distributed by fax, mail, or direct printing on August 30, 2005 to the parties listed.

---

Victor Ike Iwuoha
PPDC
110 Prison RD
Braithwaite, LA 70040

Honorable Jon McCalla
US DISTRICT COURT